NH

WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Israel Nava Arellano,<br>　　　　　Petitioner,<br>v.<br>David R. Rivas,<br>　　　　　Respondent. | No.   CV-25-02887-PHX-JAT (ASB)<br><br>**ORDER** |

Self-represented Petitioner Israel Nava Arellano, who is confined in the San Luis Regional Detention Center, has filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1), an Application to Proceed In Forma Pauperis (Doc. 2), and a Motion to Appoint Counsel (Doc. 3). Upon review, Petitioner's claims in the instant case are duplicative of the claims in another pending case, *Arellano v. Rivas et al.*, CV-25-03397-PHX-JAT (ASB). The Court has appointed counsel to represent Petitioner in CV-25-03397 and given counsel 30 days to file an amended petition in that case. The Court will therefore dismiss the Petition and this case as duplicative.

**IT IS ORDERED:**

(1)　Petitioner's Petition Under 28 U.S.C. § 2241 (Doc. 1) and this case are **dismissed** without prejudice.

(2)　Petitioner's Application to Proceed In Forma Pauperis (Doc. 2) is **denied as moot**.

(3)　Petitioner's Motion to Appoint Counsel (Doc. 3) is **denied as moot**.

(4)  The Clerk of Court must enter judgment accordingly and close this case.

Dated this 19th day of December, 2025.

James A. Teilborg
Senior United States District Judge